# Exhibit "B"

DocuSign Envelope ID: CC11718F-69D5-488D-9BD9-AE591E94FCAD



# PAYMENT AMOUNT SCHEDULE

Customer: STATELINE RENTALS, LLC ("Customer")
Agreement #: 3069110-001 ("Finance Agreement")

By signing the Finance Agreement, Customer acknowledges and agrees that this Payment Schedule and the schedule of payments identified below is incorporated into and made an indispensable part of the Finance Agreement between Customer and Stearns Bank National Association ("Lender").

Payments are due Monthly.

| Installments | Payment Amount |
|---|---|
| Installments: 1 through 48 | $47,228.97 |

The First Payment Start Date is identified on the Delivery and Acceptance Certification.

If you are entitled to a delay of your first payment start date, or you have a seasonal or irregular payment schedule, the delay of your payment start date will be calculated from the Date of Delivery identified on your Delivery and Acceptance Certification.

Customer agrees its payment obligation to pay the entire sum of Total Finance Agreement Payments is absolute and unconditional, and this Finance Agreement cannot be cancelled or modified without Lender's written, signed agreement.

Customer acknowledges and agrees this Addendum is incorporated into and made an indispensable part of the above-referenced Finance Agreement between Customer and Lender. This Addendum may be executed with electronic signatures, and any copy, duplicate, or facsimile shall constitute an original and can be used as admissible evidence.

| DocuSigned by: *Garth E McGillewie* 9F8B6606E98D432... | Garth Errol McGillewie Jr | Managing member | 5/12/2022 |
|---|---|---|---|
| Required Signature | Printed Name | Title | Date |

Rev082021



# DELIVERY AND ACCEPTANCE CERTIFICATION

**Customer: STATELINE RENTALS, LLC ("Customer")**
**Agreement #: 3069110-001 ("Finance Agreement")**

Customer certifies that Customer will pick up or accept delivery of the Equipment on the Expected Date(s) of Delivery as outlined below:

**Equipment Detail:**

| Year | Make/Model | Equipment Type | VIN# or Serial # | Expected Date of Delivery |
|---|---|---|---|---|
| 2022 | Merlo Roto 50.35 S Plus with Attachments | Telehandler | Serial# ZF1RT30D1D1005122 | 05/18/2022 |
| 2022 | Merlo Roto 50.35 S Plus with Attachments | Telehandler | Serial# ZF1RT30D1D1005123 | 05/18/2022 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003874 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004246 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003875 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003873 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003474 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003876 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004245 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003877 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003878 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004241 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004242 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004243 | |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004244 | |

Stearns Bank National Association ("Lender") and Customer understand that the Actual Delivery Date(s) may differ from Expected Delivery Date(s). A delay in the Actual versus Expected delivery date could delay Customer's payment start date. Therefore, Customer hereby authorizes Lender to document the Actual Delivery Date on Exhibit A by verbal confirmation from Customer, or dealer/vendor or seller. Customer further authorizes Lender to make changes to the Payment Schedule's Installment 1 and First Payment Start Date, and document such changes on Exhibit A, if (1) the Equipment is not delivered by the Expected Date of Delivery or (2) a change is permitted by the Finance Agreement.

Customer certifies and agrees that the expected Installment 1 and First Payment Start Date are as follows:

Rev082021

DocuSign Envelope ID: CC11718F-69D5-488D-9BD9-AE591E94FCAD



**Installment 1 on the Payment Schedule shall be:** 06/2022 **(month/year)**

**First Payment Start Date shall be:** 06/20/2022 (**month/day/year**)

Customer acknowledges and agrees this Addendum is incorporated into and made an indispensable part of the above-referenced Finance Agreement between Customer and Lender. This Addendum may be executed with electronic signatures, and any copy, duplicate, or facsimile shall constitute an original and can be used as admissible evidence.

| Required Signature | Printed Name | Title | Date |
|---|---|---|---|
| *Garth E McGillewie* (DocuSigned by: 9F8B6606E98D432...) | Garth Errol McGillewie Jr | Managing member | 5/12/2022 |

Rev082021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

Case 3:23-cv-00362-FDW-SCR   Document 1-4   Filed 06/16/23   Page 4 of 6

DocuSign Envelope ID: CC11718F-69D5-488D-9BD9-AE591E94FCAD



# EXHIBIT A

Customer: STATELINE RENTALS, LLC  ("Customer")
Agreement #: 3069110-001 ("Finance Agreement")

Installment 1 on Payment Schedule if changed based on verbal confirmation of delivery: To be determined upon confirmation of delivery

1st Payment Start Date if changed based on verbal confirmation of delivery: To be determined upon confirmation of delivery

Equipment: 2022 Merlo Roto 50.35 S Plus with Attachments Telehandler Serial# ZF1RT30D1D1005122
This piece of equipment has not been delivered

Equipment: 2022 Merlo Roto 50.35 S Plus with Attachments Telehandler Serial# ZF1RT30D1D1005123
This piece of equipment has not been delivered

Equipment: 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003874
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

Equipment: 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1004246
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

Equipment: 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003875
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

Equipment: 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003873
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

Equipment: 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003474
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

Rev082021

DocuSign Envelope ID: CC11718F-69D5-488D-9BD9-AE591E94FCAD



**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003876
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1004245
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003877
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1003878
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1004241
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1004242
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1004243
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

**Equipment:** 2022 Merlo P 120.10 HM with Attachments Telehandler Serial# ZF1P101D1D1004244
Date of Delivery per Verbal Confirmation of Delivery & Acceptance:
Confirmed by Stearns Bank Employee:
Date Verbal Confirmation Obtained:
Name of Person Confirming Delivery for Customer:  with

Rev082021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender