# Exhibit "C"

DocuSign Envelope ID: CC11718F-69D5-488D-9BD9-AE591E94FCAD



# EQUIPMENT SCHEDULE

**Customer: STATELINE RENTALS, LLC** ("Customer")
**Agreement #: 3069110-001** ("Finance Agreement")

By signing the Finance Agreement, Customer acknowledges and agrees this Equipment Schedule (and equipment identified below) is incorporated into and an indispensable part of the Finance Agreement between Customer and Stearns Bank National Association ("Lender").

## Equipment Detail:

| Year | Make/Model | Equipment Type | VIN# or Serial # | Location<br>Address where equipment will be stored/located |
|---|---|---|---|---|
| 2022 | Merlo Roto 50.35 S Plus with Attachments | Telehandler | Serial# ZF1RT30D1D1005122 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 50.35 S Plus with Attachments | Telehandler | Serial# ZF1RT30D1D1005123 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003874 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004246 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003875 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003873 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003474 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003876 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004245 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003877 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1003878 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004241 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004242 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004243 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo P 120.10 HM with Attachments | Telehandler | Serial# ZF1P101D1D1004244 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |

The above-listed equipment, together with all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, additions, replacements of and substitutions for all or any part of the foregoing equipment is collectively referred to as the "Equipment."

The above Equipment Schedule correctly describes the financed Equipment as verified by the Customer, who acknowledges and confirms receipt in the Delivery & Acceptance Certification for this Finance Agreement.

Rev082021

Case 3:23-cv-00362-FDW-SCR    Document 1-5    Filed 06/16/23    Page 2 of 3

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

DocuSign Envelope ID: CC11718F-69D5-488D-9BD9-AE591E94FCAD



Customer acknowledges and agrees this Addendum is incorporated into and made an indispensable part of the above-referenced Finance Agreement between Customer and Lender. This Addendum may be executed with electronic signatures, and any copy, duplicate, or facsimile shall constitute an original and can be used as admissible evidence.

| Required Signature | Printed Name | Title | Date |
|---|---|---|---|
| DocuSigned by: Garth E McGillewie (9F8B6606E98D432...) | Garth Errol McGillewie Jr | Managing member | 5/12/2022 |

Rev082021