# Exhibit "H"

DocuSign Envelope ID: ADE7FF85-AA57-452C-B0C3-C6F7872F9841



# EQUIPMENT SCHEDULE

Customer: STATELINE RENTALS, LLC ("Customer")
Agreement #: 3069110-002 ("Finance Agreement")

By signing the Finance Agreement, Customer acknowledges and agrees this Equipment Schedule (and equipment identified below) is incorporated into and an indispensable part of the Finance Agreement between Customer and Stearns Bank National Association ("Lender").

**Equipment Detail:**

| Year | Make/Model | Equipment Type | VIN# or Serial # | Location<br>Address where equipment will be stored/located |
|---|---|---|---|---|
| 2022 | Merlo Roto 50.26 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT21D1D1004706 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 50.26 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT21D1D1005890 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo 50.21 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT21D1D1003239 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo 50.21 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT21D1D1004146 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo 50.21 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT21D1D1003288 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT30D1D0003914 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT30D1D1003639 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT30D1D1002252 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT30D1D1003966 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT30D1D1002488 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | Serial# ZF1RT30D1D0003914 | 1205 Galleria Blvd<br>Rock Hill, SC 29730-6671 |

The above-listed equipment, together with all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, additions, replacements of and substitutions for all or any part of the foregoing equipment is collectively referred to as the "Equipment."

The above Equipment Schedule correctly describes the financed Equipment as verified by the Customer, who acknowledges and confirms receipt in the Delivery & Acceptance Certification for this Finance Agreement.

Customer acknowledges and agrees this Addendum is incorporated into and made an indispensable part of the above-referenced Finance Agreement between Customer and Lender. This Addendum may be executed with electronic signatures, and any copy, duplicate, or facsimile shall constitute an original and can be used as admissible evidence.

DocuSigned by:
GARTH E MCGILLEWIE JR
9F8B6606E98D432...
Garth Errol McGillewie Jr — Manager — 6/1/2022

Rev082021