

We get the job done!

# FINANCE AGREEMENT MODIFICATION
# CHANGE IN TERMS AGREEMENT

AGREEMENT NO.: **3069110-002** ("Finance Agreement")
CUSTOMER: **STATELINE RENTALS, LLC** ("Customer")
GUARANTOR(S): **Garth Errol McGillewie Jr and Applied Machinery Rentals, LLC** ("Guarantor")
EFFECTIVE DATE OF MODIFICATION: **June 3, 2022** ("Effective Date")

This FINANCE AGREEMENT MODIFICATION (this "Modification") is made and entered into by and between Customer, Guarantor, and Stearns Bank National Association ("Lender") as of the Effective Date. Customer, Guarantor and Lender may be referred to individually as a "Party" or collectively as the "Parties."

DESCRIPTION OF INDEBTEDNESS. Customer and Guarantor are bound and obligated to the terms of the above-referenced Finance Agreement with all addendums, attachments, certifications, renewals, extensions, and all other documents executed in relation to the Finance Agreement along with any and all subsequent modifications, renewals and extensions thereof ("Contract Documents"). The Finance Agreement and the Contract Documents may be collectively referred to hereinafter as the "Agreement." All capitalized terms not otherwise defined in this Modification shall have the meanings ascribed to them in the Agreement. The Parties expressly acknowledge and agree Lender is not obligated to grant or agree to any modification, renewal, or extension, or waive any default, in relation to the Agreement, and any obligations thereunder by entering into this Modification.

DESCRIPTION OF COLLATERAL. The property described in that certain Equipment Schedule Addendum is incorporated into and made part of the Agreement, and now this Modification, including any such executed Amended Equipment Schedule Addendum.

MODIFICATION:

☐ Customer Name Change  ☒ Change to Equipment Schedule  ☐ Change to Amount Financed

☐ Change to Payment Schedule  ☐ Change to End of Term  ☐ OTHER

| Additional details regarding the change in terms: |
| --- |
| Updating equipment SN. Please see Amended Equipment Schedule for complete asset description. |

1. PROMISE TO PAY. Customer agrees and acknowledges the Agreement cannot be cancelled or modified without Lender's written, signed agreement. Customer agrees its obligations under the Agreement include but are not limited to Customer's and Guarantor's absolute and unconditional obligation to pay the entire sum of the Total Contract Payments as set forth in the Agreement and the most current, executed Payment Schedule.

2. FULL FORCE AND EFFECT. The Parties acknowledge that the Agreement is and remains valid and binding. All terms and conditions of the Agreement are hereby reaffirmed, remain the same, and in full force and effect, and incorporated into this Modification by reference, including strict compliance with all obligations therein. Nothing in this Modification shall be interpreted or intended to amend, modify or otherwise change the terms of the Agreement except as expressly provided herein.

Rev11222021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

Case 3:23-cv-00362-FDW-SCR   Document 1-13   Filed 06/16/23   Page 1 of 9

DocuSign Envelope ID: 26AE7576-EC8E-48AE-8184-288DCB5BF4C8



3. NO CLAIMS. Customer and Guarantor acknowledge and agree that as of the Effective Date they have no claims, defenses, setoffs, counterclaims or demands against Lender with respect to or arising from, or related to, the Agreement, the Equipment, the Guaranty, and all other executed agreements in relation thereto, including all obligations found therein.

4. AUTHORITY AND CAPACITY. The Parties have all right, power, capacity, and authority to execute and deliver this Modification and to perform hereunder.

5. ATTORNEYS' FEES. In the event that it becomes necessary for Lender to retain the services of legal counsel to enforce the terms of this Modification, Lender shall be entitled to recover all costs and expenses, including reasonable attorneys' fees, incurred in enforcing the terms of this Modification.

6. ENTIRE AGREEMENT. This Modification taken together with the Agreement constitutes the entire agreement and supersedes all prior agreements and understandings, oral and written, between the Parties.

7. COUNTERPARTS. The Parties agree that this Modification may be signed in counterparts and electronic signatures. Any electronic or facsimile copies of originally signed documents will be treated as an original and will be admissible as evidence of this Modification.

8. RESERVATION OF RIGHTS. By entering this Modification, Lender does not waive any of its rights or remedies with respect to a default or an Event of Default which may exist currently, or hereafter, pursuant to this Modification, or pursuant to the terms of the Agreement. Nothing contained herein shall constitute, or be deemed to constitute, a waiver, modification or forbearance with respect to the Agreement or acceptance of any event, occurrence or circumstance which may constitute an Event of Default under the Agreement or this Modification. Lender further reserves the right to fully invoke any and all rights, remedies, powers and privileges pursuant to the Agreement, this Modification, at law, in equity, or otherwise, at any time Lender deems appropriate with respect to an Event of Default that may exist.

[Signature Page to Follow]

Rev11222021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

Case 3:23-cv-00362-FDW-SCR   Document 1-13   Filed 06/16/23   Page 2 of 9

DocuSign Envelope ID: 26AE7576-EC8E-48AE-8184-288DCB5BF4C8



**STATELINE RENTALS, LLC**

By: *GARTH E MCGILLEWIE JR*
—9F8B6606E98D432...

Name: GARTH E MCGILLEWIE JR

Title: Managing Member

**Garth Errol McGillewie Jr**

By: *GARTH E MCGILLEWIE JR*
—9F8B6606E98D432...

Name: GARTH E MCGILLEWIE JR

Title: Managing Member

**Applied Machinery Rentals, LLC**

By: *GARTH E MCGILLEWIE JR*
—9F8B6606E98D432...

Name: GARTH E MCGILLEWIE JR

Title: Managing Member

**STEARNS BANK, NATIONAL ASSOCIATION**

By: *DOMINIC BONACCI*
—9E97979B0CCF46D...

Name: DOMINIC BONACCI

Title: Senior Account Manager

**Guarantor Name (If Necessary)**

By:

Name:

Title:

Rev11222021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

Case 3:23-cv-00362-FDW-SCR   Document 1-13   Filed 06/16/23   Page 3 of 9



# AMENDED EQUIPMENT SCHEDULE

Customer: STATELINE RENTALS, LLC ("Customer")
Agreement #: 3069110-002 ("Finance Agreement")
Effective Date: 06/03/2022 ("Effective Date")

Pursuant to an agreed upon modification to the Finance Agreement, Customer's Equipment Schedule and Equipment subject to the Finance Agreement is amended as follows:

**Equipment Detail:**

| Year | Make/Model | Equipment Type | VIN# or Serial # | Location: Address where Equipment will be stored/located |
|---|---|---|---|---|
| 2022 | Merlo Roto 50.26 S Plus with Attachments | Telescopic Handler | ZF1RT21D1D1004706 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 50.26 S Plus with Attachments | Telescopic Handler | ZF1RT21D1D1005890 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo 50.21 S Plus with Attachments | Telescopic Handler | ZF1RT21D1D1003239 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo 50.21 S Plus with Attachments | Telescopic Handler | ZF1RT21D1D1004146 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo 50.21 S Plus with Attachments | Telescopic Handler | ZF1RT21D1D1003288 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | ZF1RT30D1D0003914 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | ZF1RT30D1D1003639 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | ZF1RT30D1D1002252 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | ZF1RT30D1D1003966 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | ZF1RT30D1D1002488 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |
| 2022 | Merlo Roto 70.28 S Plus with Attachments | Telescopic Handler | ZF1RT30D1D1003917 | 1205 Galleria Blvd. Rock Hill, SC 29730-6671 |

Rev10282021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

Case 3:23-cv-00362-FDW-SCR   Document 1-13   Filed 06/16/23   Page 4 of 9

DocuSign Envelope ID: 26AE7576-EC8E-48AE-8184-288DCB5BF4C8



*We get the job done!*

The above-listed equipment together with all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, additions, replacements of and substitutions for all or any part of the foregoing equipment is collectively referred to as the "Equipment." To the extent the Equipment Schedule adds additional Equipment as collateral subject to the Finance Agreement, Customer verifies delivery and acceptance of the additional Equipment and grants Stearns Bank National Association ("Lender") a first priority security interest in the Equipment by signing below. This Finance Agreement cannot be cancelled or modified without Lender's written, signed agreement.

Customer acknowledges and agrees this Addendum is incorporated into and made an indispensable part of the above-referenced Finance Agreement between Customer and Lender. This Addendum may be executed with electronic signatures, and any copy, duplicate, or facsimile shall constitute an original and can be used as admissible evidence.

| DocuSigned by: GARTH E MCGILLEWIE JR | **Garth Errol McGillewie Jr** | Managing Member | 6/3/2022 |
|---|---|---|---|
| Required Signature | Printed Name | Title | Date |

Rev10282021

500 13th Street | PO Box 750 | Albany, MN 56307
Phone: (800) 247-1922 | Fax: (320) 845-4982 | Member FDIC. Equal Housing Lender

Case 3:23-cv-00362-FDW-SCR   Document 1-13   Filed 06/16/23   Page 5 of 9

# DocuSign

## Certificate Of Completion

Envelope Id: 26AE7576EC8E48AE8184288DCB5BF4C8　　　　　　　　　　　Status: Completed
Subject: Stearns Bank Modification Documents 3069110-002 for STATELINE RENTALS, LLC
Source Envelope:
Document Pages: 5　　　　　　　　Signatures: 5　　　　　　　　Envelope Originator:
Certificate Pages: 4　　　　　　　Initials: 0　　　　　　　　　Hannah Navratil
AutoNav: Enabled　　　　　　　　　　　　　　　　　　　　　　　4191 2nd St S
EnvelopeId Stamping: Enabled　　　　　　　　　　　　　　　　　Saint Cloud, MN  56301
Time Zone: (UTC-06:00) Central Time (US & Canada)　　　　　　hannahn@stearnsbank.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　IP Address: 64.207.219.7

## Record Tracking

Status: Original　　　　　　　　　Holder: Hannah Navratil　　　　Location: DocuSign
　　　　6/3/2022 11:08:17 AM　　　　　　　hannahn@stearnsbank.com

## Signer Events　　　　　　　　Signature　　　　　　　　　　　Timestamp

**GARTH E MCGILLEWIE JR**　　　　*GARTH E MCGILLEWIE JR*　　Sent: 6/3/2022 11:10:26 AM
garth@appliedmach.com　　　　　　—9F8B6606E98D432...　　　　　Viewed: 6/3/2022 11:19:12 AM
Managing Member　　　　　　　　　　　　　　　　　　　　　　　Signed: 6/3/2022 11:19:45 AM
Applied Machinery Rentals LLC
　　　　　　　　　　　　　　　　Signature Adoption: Pre-selected Style
Security Level: Email, Account Authentication　Signed by link sent to garth@appliedmach.com
(None), Authentication　　　　　　Using IP Address: 208.104.121.221


**Authentication Details**
SMS Auth:
　　Transaction: 2604A970AFB40F049193F38C661A05DF
　　Result: passed
　　Vendor ID: TeleSign
　　Type: SMSAuth
　　Performed: 6/3/2022 11:18:22 AM
　　Phone: +1 704-770-5432

ID Check:
　　Transaction: 31016235389545
　　Result: passed　　　　　　　　Question Details:
　　Vendor ID: LexisNexis　　　　passed　　property.county.real
　　Type: iAuth　　　　　　　　　 passed　　corporate.association.fake
　　Recipient Name Provided by: Recipient　passed　　person.state.real
　　Information Provided for ID Check: Address,　failed　　vehicle.historical.color.real
　　　　　　　　　　　　　　　　　passed　　livedat.subdivision.real
　　Performed: 6/3/2022 11:19:06 AM　　passed　　person.age.real
**Electronic Record and Signature Disclosure:**
　　Accepted: 5/12/2022 4:15:28 PM
　　ID: 15f80e42-8e4a-4c4e-91d4-11462486c49b

**DOMINIC BONACCI**　　　　　　　*DOMINIC BONACCI*　　　　　Sent: 6/3/2022 11:19:47 AM
dominicb@stearnsbank.com　　　　—9E97979B0CCF46D...　　　　　Viewed: 6/3/2022 11:20:14 AM
Senior Account Manager　　　　　　　　　　　　　　　　　　　Signed: 6/3/2022 11:20:20 AM
Stearns Bank National Association- EFD
　　　　　　　　　　　　　　　　Signature Adoption: Pre-selected Style
Security Level: Email, Account Authentication　Signed by link sent to dominicb@stearnsbank.com
(None)　　　　　　　　　　　　　　Using IP Address: 155.190.17.4

**Electronic Record and Signature Disclosure:**
　　Not Offered via DocuSign

## In Person Signer Events　　　Signature　　　　　　　　　　　Timestamp

## Editor Delivery Events　　　　Status　　　　　　　　　　　　Timestamp

| Agent Delivery Events | Status | Timestamp |
|---|---|---|
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Witness Events** | **Signature** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |
| **Envelope Summary Events** | **Status** | **Timestamps** |
| Envelope Sent | Hashed/Encrypted | 6/3/2022 11:10:26 AM |
| Certified Delivered | Security Checked | 6/3/2022 11:20:14 AM |
| Signing Complete | Security Checked | 6/3/2022 11:20:20 AM |
| Completed | Security Checked | 6/3/2022 11:20:20 AM |
| **Payment Events** | **Status** | **Timestamps** |
| **Electronic Record and Signature Disclosure** | | |

ELECTRONIC RECORD AND SIGNATURE DISCLOSURE From time to time, Stearns Bank National Association (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document. Getting paper copies At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below. Withdrawing your consent If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below. Consequences of changing your mind If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us. All notices and disclosures will be sent to you electronically Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us. How to contact Stearns Bank National Association: You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows: To contact us by email send messages to: connect@stearnsbank.com To advise Stearns Bank National Association of your new e-mail address: To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at

connect@stearnsbank.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address.. In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign. To request paper copies from Stearns Bank National Association To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to connect@stearnsbank.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any. To withdraw your consent with Stearns Bank National Association To inform us that you no longer want to receive future notices and disclosures in electronic format you may: i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may; ii. send us an e-mail to connect@stearnsbank.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.. Required hardware and software Docusign System Requirements ** These minimum requirements are subject to change. Acknowledging your access and consent to receive materials electronically To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below. By checking the 'I Agree' box, I confirm that: I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and Until or unless I notify Stearns Bank National Association as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Stearns Bank National Association during the course of my relationship with you.